FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

MAR 2 8 2018

JAMES N. HATTEN, Clerk
By: Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

GEORGIA LATINO ALLIANCE FOR HUMAN RIGHTS, *et al.*;

Plaintiffs,

v.

C. DEAN ALFORD, *et al.*,

Defendants.

CIVIL ACTION NO. 1:16-CV-00757-RWS

## ORDER

On March 22, 2018, the Court held a status conference where the Parties discussed, among other things, staying this case during the pendency of the Eleventh Circuit's consideration of Estrada v. Becker, Appeal No. 17-12668-K. (See Dkt. [111].) That case, like this one, involves challenges to the University System of Georgia's policies related to individuals who received deferred action status under the federal Deferred Action for Childhood Arrivals policy, or DACA. In Estrada, the district judge found that the plaintiffs' complaint failed to state a claim as a matter of law, and granted the defendants' motion to dismiss. See Estrada v. Becker, No. 1:16-CV-3310-TWT, 2017 WL 2062078

15, 2017). The appeal of that Order is now pending before the Eleventh Circuit, and the Parties agree that the Eleventh Circuit's resolution of that appeal will likely impact the outcome of this case. The Parties therefore consent to a stay of the case pending a decision from the Eleventh Circuit.

Accordingly, by consent of the Parties, this matter is hereby **STAYED**. The stay shall remain in effect only so long as the appeal in Estrada v. Becker, Appeal No. 17-12668-K remains pending before the Eleventh Circuit, and shall terminate upon the issuance of a decision by that court. The Parties are instructed to notify the Court immediately upon learning of the issuance of a decision by the Eleventh Circuit.

The following motions are hereby **DISMISSED, without prejudice**: Defendants' *Renewed* Motion to Stay Proceedings [96]; Defendants' *Renewed* Pre-Answer Motion to Dismiss Plaintiffs' First Amended Complaint [97]; and Plaintiffs' Renewed Motion for Preliminary Injunction [102]. After the stay is lifted, the Parties shall have thirty (30) days to re-file these motions or file any other motions with the Court. Those motions shall follow the briefing schedule set out in the Court's local rules. See L.R. 7.1, N.D. Ga. If no motions are filed, Defendants shall file their responsive pleadings.



AO 72A
(Rev.8/82)

**SO ORDERED**, this 28th day of March, 2018.

RICHARD W. STORY
UNITED STATES DISTRICT JUDGE