**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| GEORGIA LATINO ALLIANCE FOR HUMAN RIGHTS, et al.<br>Plaintiffs,<br>v.<br>C. DEAN ALFORD, et al.<br>Defendants | CASE NO.<br>1:16-cv-00757-RWS |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF ALL CLAIMS AGAINST ALL DEFENDATNS**

Plaintiffs in the above-captioned hereby file this Voluntary Dismissal under Fed. R. Civ. P. 41(a)(1)(a)(i), dismissing all claims against all Defendants.

Respectfully submitted this 26th day of March, 2019.

/s/ Mark Begnaud
Mark Begnaud
Georgia Bar No. 217641
*markbegnaud@hotmail.com*

Nathanael A. Horsley
Georgia Bar No. 367832
*nhorsleylaw@hotmail.com*

Burth López*
MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND
1016 16th Street, Suite 100,
Washington, D.C. 20036
T: 202.572.0695
*blopez@maldef.org*

** admitted pro hac vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2019, I electronically filed the foregoing PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL with the Clerk of Court using the CM/ECF system and that I served the same on the following by ECF and/or by placing a copy in the United States mail with adequate postage to ensure delivery:

**Deborah Nolan Gore**
Attorney General's Office-Atl
40 Capitol Square, SW
Atlanta, GA 30334
404.463.8850
*dgore@law.ga.gov*

/s/ Mark Begnaud